UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIFFANY CASILLAS THOMPSON                                                            PLAINTIFF

v.                                    CASE NO. 3:07-CV-00010 GTE

DR. RANDALL GUNTHARP                                                                 DEFENDANT

## JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law entered herein of even date herewith,

IT IS HEREBY CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff Tiffany Casillas Thompson be, and she is hereby, awarded judgment against the Defendant, Dr. Randall Guntharp in the amount of Thirty-five Thousand ($35,000.00) Dollars, together with her costs expended.

Entered this 16th day of November, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE