UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **TIFFANY CASILLAS THOMPSON** | | **PLAINTIFF** |
| v. | **CASE NO. 3:07-CV-00010 GTE** | |
| **DR. RANDALL GUNTHARP** | | **DEFENDANT** |

### ORDER

Presently before the Court is Plaintiff's Motion for Order Compelling Defendant to Answer Post Judgment Discovery. Plaintiff states that her counsel personally served Defendant's counsel with Plaintiff's Post Judgment Interrogatories and Request for Production of Documents to Defendant on December 18, 2007. As of February 14, 2008, discovery documents remain unanswered. The Court notes that Defendant did not file a response to Plaintiff's motion.

For good cause shown, the Court will grant Plaintiff's motion and order Defendant to serve his answer to Plaintiff's Post Judgment Interrogatories and Request for Production of Documents on or before March 19, 2008.

Accordingly,

IT IS HEREBY ORDERED THAT Motion for Order Compelling Defendant to Answer Post Judgment Discovery (Docket No. 35) be, and it is hereby, GRANTED. Defendant shall serve his answer to the outstanding discovery on or before March 19, 2008.

IT IS SO ORDERED this 11th day of March, 2008.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

1